**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| VERVAIN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KINGSTON TECHNOLOGY COMPANY, INC., KINGSTON DIGITAL, INC., and KINGSTON TECHNOLOGY CORPORATION,<br><br>Defendants. | Civil Action No. 1:24-cv-00254-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Defendants Kingston Technology Company, Inc., Kingston Digital, Inc., and Kingston Technology Corporation (collectively, "Kingston" or "Defendants") move to withdraw Kingston Pung as counsel of record. Mr. Pung has left Morrison & Foerster LLP and no longer represents Kingston. Counsel from Morrison & Foerster LLP and Akin Gump Strauss Hauer & Feld LLP continue to represent Kingston. Plaintiff Vervain, LLC does not oppose. Accordingly, Kingston requests the Court grant this Motion, that Mr. Pung be withdrawn as counsel for Kingston, and that he be removed from the official service list in this action.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Nicholas R. Fung*

Brian C. Nash (Texas Bar No. 24051103)
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Tel: (512) 617-0654
bnash@mofo.com

Richard S.J. Hung (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
rhung@mofo.com

John R. Lanham (*pro hac vice*)
Sarah J. Vandervalk (*pro hac vice*)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 200
San Diego, CA 92130
Tel: (858) 720-5100
jlanham@mofo.com
svandervalk@mofo.com

Nicholas R. Fung (*pro hac vice*)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel: (213) 892-5200
nfung@mofo.com

Fitz B. Collings (*pro hac vice*)
Quinn V. Walker (*pro hac vice*)
MORRISON & FOERSTER LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1500
fcollings@mofo.com
qwalker@mofo.com

Cono A. Carrano (*pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, DC 20006
Tel: (202) 887-4000
ccarrano@akingump.com

George Andrew Lever Rosbrook (Texas Bar No. 24070141)
AKIN GUMP STRAUSS HAUER & FELD LLP
112 E. Pecan St. Suite 1010
San Antonio, TX 78205
Tel: (210) 281-7000
arosbrook@akingump.com

***Counsel for Defendants Kingston Technology Company, Inc., Kingston Digital, Inc., and Kingston Technology Corporation***

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendants conferred with Plaintiff's counsel and the requested relief is unopposed.

*/s/ Nicholas R. Fung*
Nicholas R. Fung

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2026, a true and correct copy of the foregoing document was served electronically, via ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

*/s/ Nicholas R. Fung*
Nicholas R. Fung