**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **VERVAIN, LLC,** | |
| **Plaintiff,** | **Civil Action No. 1:24-cv-00254-ADA** |
| **vs.** | |
| **KINSTON TECHNOLOGY COMPANY, INC., KINGSTON DIGITAL, INC., AND KINGSTON TECHNOLOGY CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR WITHDRAWAL OF JOHN B. CAMPBELL AS COUNSEL</u>**

Alan L. Whitehurst, as Lead Counsel for Plaintiff in the above-referenced matter, respectfully requests that the Court remove John B. Campbell (Texas Bar Number 24036314) as Counsel of record in this case. Mr. Campbell is departing from the firm McKool Smith, P.C. All other attorneys at McKool Smith, P.C. remain as counsel for Plaintiff.

This requested withdrawal of counsel will not cause a continuance or delay in this case.

Accordingly, Plaintiff respectfully requests the Court enter an order reflecting this withdrawal and that all necessary changes be made to the Court's records and ECF.

Date: August 26, 2026

**MCKOOL SMITH, P.C.**

*/s/ Alan L. Whitehurst*

Alan L. Whitehurst
D.C. Bar No. 484873
awhitehurst@mckoolsmith.com
Christopher P. McNett
D.C. Bar No. 1500360
cmcnett@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1717 K Street, NW, Suite 1000
Washington, DC 20006
Telephone: (202) 221-6267
Facsimile: (212) 402-9444

Kevin R. Schubert
N.Y. Bar No. 4771176
kschubert@McKoolSmith.com
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

James E. Quigley
Texas Bar No. 24075810
jquigley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff Vervain, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 26, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Alan L. Whitehurst*
Alan L. Whitehurst

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), I hereby certify that on August 26, 2026, counsel for Plaintiff met and conferred with counsel for Defendants concerning the subject of this motion, and counsel for Defendants indicated that Defendants does not oppose the motion.

/s/ *Alan L. Whitehurst*
Alan L. Whitehurst